Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of music boxes similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965), the claim of the plaintiff was sustained.

**No. 52524.**—William H. Emig et al. *v.* United States, protests 104845-K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52525.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 127386-K and 127387-K (Seattle).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52526.**—Kohn Bros. et al. *v.* United States, protests 129283-K, etc. (San Francisco).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52527.**—S. G. Leoffler *v.* United States, protest 136864-K (Baltimore).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52528.**—Joseph Ullman Fur Brokerage Corp. *v.* United States, protest 137527-K (Seattle).